FRANCES KRECEK, APPELLANT, V. JOHN KRECEK, APPELLEE.

FILED NOVEMBER 14, 1930. No. 27299.

*A. H. Bigelow,* for appellant.

*Bartos & Placek, contra.*

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is an action for divorce brought in the district court for Douglas county. The trial court denied a divorce and dismissed both plaintiff's petition and defendant's cross-petition. Plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.